NUMBER 13-00-066-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


IN THE MATTER OF K.E.M., A JUVENILE

__________________________________________________________________


On appeal from the County Court at Law No. 5 


of Nueces County, Texas.


___________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, K.E.M., A JUVENILE, perfected an appeal from a
judgment entered by the County Court at Law No. 5 of Nueces County,
Texas, in cause number 97-JUV-431. Appellant has filed a motion to
dismiss the appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's
motion to dismiss the appeal is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 28th day of September, 2000.